**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In Re: Case No.: 8:24-bk-06953-CED
Chapter 13

DANIELLE LYNN HEEKE and
CHRISTOPHER PATRICK HEEKE

Debtors.
_________________________________/

DANIELLE LYNN HEEKE and
CHRISTOPHER PATRICK HEEKE Adv. Pro. No.: 8:26-ap-00309-CED
Plaintiffs,
v.
GOODLEAP, LLC,
Defendant.
_________________________________/

**PROOF OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing **ORDER GRANTING PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT (D.E. 8)** has been provided to the following persons below; on this 21st day of October, 2026.

*Via regular first class U.S. mail, postage prepaid, or electronically:*

GOODLEAP, LLC c/o CT Corporation System, Registered Agent, 1200 S. Pine Island Rd., Plantation, FL 33324

DANIELLE LYNN HEEKE AND CHRISTOPHER PATRICK HEEKE, 681 Greenshank Drive, Haines City, Florida 33844

/s/ G. Donald Golden
G. DONALD GOLDEN, ESQUIRE
Florida Bar No. 0137080
E-Mail: don@brandonlawyer.com
M. ERIC BARKSDALE, ESQUIRE
Florida Bar No. 0845353
E-Mail: eric@brandonlawyer.com
CLARE I. SULLIVAN, ESQ.
Florida Bar No. 1059277

clare@brandonlawyer.com
THE GOLDEN LAW GROUP
429 Lithia Pinecrest Road
Brandon, Florida 33511
Telephone: (813) 413-8700
Facsimile: (813) 413-8701
Attorneys for Debtor(s)